DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WALTER LEE DAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:98-cr-00431 KJM |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| WALTER LEE DAWSON, | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | |
| | Judge: Honorable Kimberly J. Mueller |

Defendant, WALTER LEE DAWSON, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, First Assistant U.S. Attorney PHILLIP A. TALBERT, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On July 23, 2001, this Court sentenced Mr. Dawson to a term of imprisonment of 180 months;

3. On July 10, 2008, the parties filed a stipulation providing

that the sentencing range applicable to Mr. Dawson was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels, from 38 to 36, and a sentence at the low end of the new guideline range with a departure comparable to the reduction he received at the original sentencing would be 162 months.

4. On July 15, 2008, the Court issued an order reducing Mr. Dawson's sentence from 180 months to 162 months.

5. The sentencing range applicable to Mr. Dawson was subsequently lowered by the United States Sentencing Commission in Amendment 750, from 36 to 34, and a sentence at the low end of the new guideline range with a departure comparable to the reduction he received at the original sentencing would be 131 months;

6. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Dawson's term of imprisonment to an aggregate term of 131 months on all counts, comprised of 131 months as to Count 1 and 48 months as to Count 2, to run concurrently for a total term of 131 months.

Dated: October 31, 2011

Respectfully submitted,

| BENJAMIN WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

|   /s/ *Phillip A. Talbert* |   /s/ *David M. Porter* |
|---|---|
| PHILLIP A. TALBERT | DAVID M. PORTER |
| First Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | WALTER LEE DAWSON |

ORDER

    This matter came before the court on the stipulated motion of the
defendant for reduction of sentence based on 18 U.S.C. § 3582(c)(2).
On July 23, 2001, this court sentenced Mr. Dawson to a term of
imprisonment of 180 months.  On July 15, 2008, the court resentenced
Mr. Dawson to a term of imprisonment of 162 months.  The parties agree,
and the court finds, that Mr. Dawson is entitled to the benefit of the
retroactive amendment reducing crack cocaine penalties, which reduces
the applicable offense level from 36 to 34.

    IT IS HEREBY ORDERED that the term of imprisonment is reduced to
an aggregate term of 131 months on all counts, comprised of 131 months
as to Count 1 and 48 months as to Count 2, to run concurrently for a
total term of 131 months.

    IT IS FURTHER ORDERED that all other terms and provisions of the
original judgment remain in effect.

    Unless otherwise ordered, Mr. Dawson shall report to the United
States Probation office closest to the release destination within
seventy-two hours after his release.

Dated:  November 1, 2011.

                              _____
                              UNITED STATES DISTRICT JUDGE