# UNITED STATES DISTRICT COURT
for the

EASTERN   District of CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| WALTER LEE DAWSON | ) Case No: 2:98CR00431-001 |
| | ) USM No: 11254-097 |
| Date of Previous Judgment: | ) David Porter, Assistant Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ✓ the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❒ DENIED.   ✓ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  162  months **is reduced to**  131 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:  36           Amended Offense Level:  34
Criminal History Category:  VI        Criminal History Category:  VI
Previous Guideline Range:  324  to  405  months    Amended Guideline Range:  262  to  327  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

❒ The reduced sentence is within the amended guideline range.
✓ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  July 15, 2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  November 1, 2011

Judge's signature

Effective
(if different from order date)

Kimberly J. Mueller, United States District Judge
Printed name and title