BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID EARL WILLIAMS, <br><br> Defendant. | CASE NO. 2:98-cr-00431 KJM <br><br> ORDER RE GOVERNMENT'S MOTION TO WITHDRAW WARRANT ISSUED SEPTEMBER 3, 1999 |

IT IS HEREBY ORDERED that the warrant issued on September 3, 1999, against defendant David Earl Williams be and is hereby ordered WITHDRAWN.

SO ORDERED.

DATED:  March 30, 2012.

_____
UNITED STATES DISTRICT JUDGE